DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID CLERVEAUX,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-767

[July 1, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 16-000915CF10A.

David Clerveaux, Pompano Beach, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***